

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ▪
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500
fax: 201.282.6501 | www.steinsakslegal.com

April 21, 2022

**Via CM/ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
07/05/2022

RE:   *Zinnamon v. Monroe & Main, Inc.*
      Case No: 1:22-cv-03115-RA

Dear Judge Abrams:

  We represent Plaintiff in the above-referenced matter, and write jointly with counsel for Defendant Monroe & Main, Inc. ("the Parties") to respectfully request an extension of 21 days to submit our joint letter that is required pursuant to Your Honor's order of May 10, 2022. This is the Parties' first such request.

  The Parties are exploring settlement in this action and believe that the additional time to investigate this matter and engage in further settlement discussions will possibly eliminate the need for referral of this case to mediation or a magistrate judge, or to schedule an initial status conference.

  Accordingly, we request an extension to submit our joint letter through July 22, 2022.

  Thank you for your Honor's considerations.

                                        Respectfully Submitted,



/s/ Mark Rozenberg
Mark Rozenberg, Esq.
*Attorney for Plaintiff*