| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 08/29/2022 |

WARREN ZINNAMON, *on behalf of himself and all others similarly situated*,

                Plaintiff,

      v.

MONROE & MAIN, INC.

                Defendant.

No. 22-CV-3115 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Due to scheduling conflicts, the initial pretrial conference scheduled for 10:00 a.m. on August 31, 2022 is hereby adjourned to 1:30 p.m. on August 31, 2022. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    August 29, 2022
             New York, New York

                                        Ronnie Abrams
                                        United States District Judge