UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Warren Zinnamon
on behalf of himself and all others similarly situated,

        Plaintiffs,

v.                                CASE NO.: 1:22-cv-3115

Monroe & Main, Inc.

        Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Warren Zinnamon and the Defendant Monroe & Main, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** February 20, 2023

| **For Plaintiff Warren Zinnamon** | **For Defendant   Monroe & Main, Inc.** |
|---|---|
| *Mark Rozenberg* (signature) | *Nancy J. Mertzel* (signature) |
| Mark Rozenberg | Nancy Jill Mertzel |
| Stein Saks, PLLC | Mertzel Law PLLC |
| 1 University Plaza | 5 Penn Plaza 19th floor |
| Hackensack, NJ 07601 | New York, NY 10001 |
| Ph: (201) 282-6500 | Ph: (646) 965-6900 |
| mrozenberg@steinsakslegal.com | Nancy@mertzel-law.com |

## CERTIFICATE OF SERVICE

I certify that on February 20, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mark Rozenberg
Mark Rozenberg
**Stein Saks, PLLC**
1 University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*
